IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID TYRON JONES                                                    PLAINTIFF

v.                              No. 4:21-cv-397-DPM

SHELBY COUNTY SHERIFF
DEPARTMENT, Sheriff;
CRITTENDEN COUNTY SHERIFF
DEPARTMENT, Sheriff;  DOES,
Government Hospitals in Tennessee
and Arkansas                                                         DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2021